FILED

2005 FEB 10 P 12: 12

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:02CR0088 (AHN) |
| VS | : | |
| WILLIAM HORTY | : | FEBRUARY 9, 2005 |

## MOTION FOR RETURN OF PROPERTY

1. The defendant in the above captioned matter, as part of his pretrial release was required to surrender his United States Passport to the United States Clerk.

2. The Passport has the number 145380345.

3. Since then he pleaded guilty and served his period of incarceration.

4. He is presently on supervised release.

5. Notice has been received by the Deputy Clerk that if this motion is not filed forthwith, said passport would be destroyed.

WHEREFORE, it is moved that said passport be returned to the defendant by mailing the same to the undersigned counsel of record.

## **CERTIFICATION**

This is to certify that a copy of this Motion was mailed, postage prepaid, to the Office of the U.S. Attorney, 157 Church Street, 23rd Floor, New Haven, CT 06510 this 9th day of February, 2005.

_____
Richard R. Brown

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW

100 PEARL STREET – HARTFORD, CONNECTICUT 06103 – (860) 522-3343 – JURIS NO. 20767

DEFENDANT, WILLIAM HORTY

By _____
Richard R. Brown
Brown, Paindiris & Scott, LLP
100 Pearl Street
Hartford, CT 06103
Tel. (860) 522-3343
Fed. Bar No. Ct. 00009

- 2 -