UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : Docket No. 3:02CR88 (AHN) |
| WILLIAM J. HORTY | : March 30, 2005 |

APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


CHRISTINE SCIARRINO
ATTORNEY BAR NO: CT03393
ATTORNEY FOR THE DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
P. O. BOX 1824
NEW HAVEN, CT  06508
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

<u>Certification</u>

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 30[h] day of March, 2005 to:

Mr. William J. Horty
Greenwich, Connecticut 06830

_____
Christine Sciarrino