

**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

FILED
2005 JUL 19 P 1: 56
U.S. DISTRICT COURT
BRIDGEPORT, C.

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

July 13, 2005

Richard R. Brown
Brown, Paindiris & Scott
100 Pearl Street, Suite 1100
Hartford, CT 06103

  Re: 3:02cr88(AHN0
    USA v. William Horty

Dear Counselor:

  Pursuant to the Order of the Court entered on 7/11/05, I am returning the USA Passport #154380345 to you in the above-identified case. Kindly acknowledge receipt by signing and returning a copy of this letter in the enclosed self-addressed envelope.

                Kevin F. Rowe, Clerk

                By **Yelena Gutierrez**
                   Deputy Clerk

cc: AUSA

RECEIPT ACKNOWLEDGED:

DATE: *[signature] Richard R Brown, Esq*  7/15/06