UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUL 18 A 11: 53

United States of America,       :
                                :
            v.                  :
                                :         DOCKET NO: 3:02CR88 (AHN)
William, J Horty,               :
                                :
            and                 :
                                :
New Capital Solutions, LLC      :
Attn: Iliad M. Estrada          :
8 Echo Lane                     :
Greenwich, CT 06830             :
                                :
            Garnishee.          :

**DEFENDANT'S REQUEST FOR HEARING
ON WAGE GARNISHMENT**

If you believe that the amount of your nonexempt earnings has been incorrectly calculated for this pay period or that no amount should be withheld because the garnishment or judgment is invalid, satisfied, or superseded, or because you claim an exemption, you may request a hearing within twenty (20) days after being served with the Writ of Garnishment or twenty(20) days after receiving your employer's Answer, which computes your nonexempt earnings. You may request a hearing by filing a written Request with the Clerk of the Court, United States District Court, District of Connecticut, or by completing pages 2 and 3 of this form and mailing this entire form to the Clerk, United States District Court, District of Connecticut. A copy of your request for hearing form must also be mailed to the United States of America and the Garnishee, New Capital Solutions, LLC.

The Court will notify you and the other parties of the date and time for the hearing. A hearing will be set as soon as possible.

I request a hearing for the following reason(s):

_____ 1. The nonexempt earnings statement is incorrectly filled out.

___✓___ 2. I do not owe the money to the Government as it says I do.

___✓___ 3. Other: I have entered into a payment schedule w/Keith Barry. Cannot meet basic living expenses + support 2 children

_____ 4. I request that this proceeding be transferred to _____ because _____

_____

_____ 5. I claim the following exemption(s):

Date: 7-14-05

Signature: William Horty

Type or print full name: WILLIAM Horty

Home address: 8 Echo Lane

City, State, Zip Code: Greenwich, CT 06830

Home phone number: 203-862-8686

Work phone number: 203-862-9899

Mail your original Request to:

    United States District Court
    Office of The Clerk
    915 Lafayette Blvd.,
    Bridgeport, Connecticut 06103

Send a <u>copy</u> of your request to:

    United States Attorney
    Connecticut Financial Center
    157 Church Street
    New Haven, Connecticut 06510
    (203) 821-3700

    Attn: Christine Sciarrino
         Assistant United States Attorney

## C E R T I F I C A T I O N

I, William, J Horty, Defendant hereby certify that I mailed the Request for Hearing on Wage Garnishment to the Clerk, United States District Court, 915 Lafayette Blvd., Bridgeport, Connecticut 06604, and mailed copies to Assistant United States Attorney Christine Sciarrino, United States Attorney's Office, Connecticut Financial Center, 157 Church Street, New Haven, Connecticut 06510 and to New Capital Solutions, LLC, Attn: Iliad M. Estrada, 8 Echo Lane Greenwich, CT 06830 on this __14th__ day of __July__, 2005.

                        _____
                        William, J Horty