UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 SEP 30 P 2:37
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal # 3:02cr88 (AHN) |
| WILLIAM HORTY<br>Defendant | : | |

## APPOINTMENT OF THE FEDERAL PUBLIC DEFENDER'S OFFICE PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT OF 1964, AS AMENDED

The defendant has sworn under oath or affirmed as to his financial inability to employ counsel and has expressed the desire that counsel be provided by the Court to represent him, pursuant to the provisions of the Criminal Justice Act of 1964, as amended.

Thomas P. Belsky, of the Office of the Federal Public Defender is appointed to represent the defendant and has been notified of this appointment. Counsel is directed to file an appearance on or before October 14, 2005.

Dated at Bridgeport, Connecticut this _29_ day of _September_, 2005.

Holly B. Fitzsimmons
United States Magistrate Judge