UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 NOV -4  A 11: 48

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Criminal No. 3:02CR88 (AHN) |
| WILLIAM J. HORTY | : | November 3, 2005 |

### UNITED STATES MOTION TO UNSEAL
### FINANCIAL AFFIDAVIT

The United States, through its undersigned counsel, hereby respectfully requests that a Financial Affidavit filed by the Defendant, William J. Horty, on September 28, 2005 be unsealed so that a copy may be provided to the United States. In support of this motion, the United States submits that on May 22, 2003, William J. Horty was sentenced by this Court and ordered to pay restitution in the amount of $411,847.05 to his victims. Since the imposition of sentence, Defendant Horty has made nominal payments toward his restitution debt, totaling $825.00. On or about January 8, 2005, Defendant Horty submitted a financial statement to the United States, which stated that he earned an annual income of approximately $19,000.00, and that he was current on monthly installment payments to his general creditors. Accordingly, the United States pursued a wage garnishment against Defendant Horty, and a hearing was held before this Court on September 26, 2005.

During the hearing, Defendant Horty made an oral motion for appointment of counsel and Government counsel objected, arguing that the Criminal Justice Act did not authorize representation in a post-judgment civil enforcement matter. A subsequent review of 18 U.S.C.

§ 3006A appears to support the Government's position. Nevertheless, Defendant Horty submitted a financial affidavit in support of his oral motion and by Order entered September 29, 2005, the Office of the Federal Public Defender was appointed to represent Defendant Horty, and directed to appear on or before October 14, 2005. A review of the Court's docket indicates that as of November 2, 2005, no appearance has been filed on behalf of Defendant Horty.

The United States requests that Defendant Horty's September 28, 2005 financial statement be unsealed and provided to the United States so that the United States may continue its assessment of Defendant Horty's financial condition and ability to pay his restitution debt.

Based upon the foregoing reasons, and in the interest of justice, the United States requests that this motion be granted.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney

Christine Sciarrino
Assistant United States Attorney
P.O. Box 1824
New Haven, CT  06510
Tel.: (203) 821-3780/Fax.: (203) 773-5392
Email: Christine.Sciarrino@usdoj.gov
Federal No. CT3393

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 3rd day of November, 2005, to:

William J. Horty
Greenwich, CT 06830

Thomas P. Belsky
AFPD
2 Whitney Avenue
Suite 300
New Haven, CT   06510

_____
CHRISTINE SCIARRINO