UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIMINAL NO. 3:02CR88(AHN) |
| WILLIAM HORTY : | February 17, 2006 |

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Pursuant to 18 U.S.C. § 3564(c) and Rule 32.1(c) of the Federal Rules of Criminal Procedure, the defendant, William Horty, respectfully moves this Court to terminate the term of supervised release imposed as part of the original sentence. In support of this motion, the defendant states the following grounds:

1. On March 27, 2002, William Horty was indicted on one count of fraud by wire, radio or television, in violation of 18 U.S.C. § 1343.

2. On February 27, 2003, Mr. Horty pled guilty.

3. On June 23, 2003, this Court amended the judgment to include a sentence of imprisonment of 12 months and one day, followed by a 3 year term of supervised release, and restitution in the amount of $390,505.05.

4. On June 16, 2003, Mr. Horty voluntarily surrendered to the Bureau of Prisons to serve his term of imprisonment. He was released from prison on April 29, 2004, at which time he began his period of supervised release.

5. Mr. Horty has is currently paying restitution in the amount of $50 per month.

6. Mr. Horty currently reports monthly in person to the United States Probation Office and he is in full compliance with conditions of supervised release.

7. The term of supervised release will be completed on April 28, 2007.

8. United States Probation Officer Joseph Zampano do not object to the filing of this motion, but requests that Mr. Horty be made aware that any early termination does not relieve Mr. Horty of his restitution obligation. Mr. Horty is indeed aware that any early termination of supervised release will not eliminate his obligation to pay the full amount of restitution ordered by the Court.

- 2 -

9. Early termination of supervised release will prevent undue hardship to Mr. Horty, who has been punished fully for his criminal conduct, who is making restitution, and who is in compliance with all the conditions of supervised release.

WHEREFORE, the defendant, William Horty, respectfully moves this Court to terminate the period of supervised release made part of the sentence imposed on June 23, 2003, which will, absent modification, terminate on April 29, 2004.

                                                Respectfully submitted,

                                                THE DEFENDANT,
                                                WILLIAM HORTY

                                                THOMAS G. DENNIS
                                                FEDERAL DEFENDER

Dated: February 17, 2006

                                                Thomas P. Belsky
                                                Asst. Federal Defender
                                                2 Whitney Ave., Suite 300
                                                New Haven, CT 06510
                                                Bar No. ct24770
                                                (203) 498-4200

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE has been mailed to Christine Sciarrino, Esq., Assistant United States Attorney, 157 Church Street, 23rd Floor, New Haven, CT 06510, and to Joseph Zampano, United States Probation Officer, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, CT 06604, on this 17th day of February 2006.

                                                Thomas P. Belsky