UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Docket No. 3:02CR88 (AHN) |
| WILLIAM HORTY | : | |

**APPEARANCE**

To the Clerk of this Court and all parties of record: Enter my appearance as counsel in this case for the United States of America.

Date: _____

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    ANTHONY E. KAPLAN
    ASSISTANT U.S. ATTORNEY
    Federal Bar No. CT08083
    157 Church Street, 23rd Floor
    New Haven, CT  06510
    Tel.: (203) 821-3700
    Fax: (203) 773-5376
    anthony.kaplan@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on this ___ day of March, 2006, a copy of the foregoing was sent by first-class mail to:

        Thomas P. Belsky, Esq.
        AFPD
        2 Whitney Ave., Suite 300
        New Haven, CT   06510


        _____
        ANTHONY E. KAPLAN
        Assistant U.S. Attorney